# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDOLPH ELLIS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RALPH DIAZ,<br><br>　　　　Respondent. | Case No. 1:20-cv-00134-NONE-EPG<br><br>ORDER DIRECTING CLERK OF COURT TO CONVERT CASE TO CIVIL RIGHTS ACTION PURSUANT TO 42 U.S.C. § 1983 |

On April 1, 2020, the Court granted Petitioner leave to assert claims under 42 U.S.C. § 1983. (ECF No. 8). On May 1, 2020, the Court received Petitioner's complaint asserting claims under § 1983. (ECF No. 9).

Accordingly, the Clerk of Court is DIRECTED to convert the instant case to a civil rights action pursuant to 42 U.S.C. § 1983.

IT IS SO ORDERED.

　Dated:　**May 6, 2020**　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE