1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    RUDOLPH ELLIS,                              Case No.  1:20-cv-00134-DAD-EPG (PC)

12                        Plaintiff,

13          v.                                     ORDER DENYING REQUEST FOR REFUND
                                                   OF FILING FEE
14    RALPH DIAZ,
                                                   (ECF No. 30)
15                        Defendant.

16

17          Plaintiff Rudolph Ellis ("Plaintiff") is a state inmate proceeding *pro se* and *in forma*

18    *pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

19          On January 11, 2021, District Judge Dale A. Drozd entered an order dismissing this case

20    with prejudice for failure to state a claim upon which relief may be granted. (ECF No. 21.)

21    Judgment was accordingly entered on January 11, 2021. (ECF No. 22.) Plaintiff was served with

22    the judgment by U.S. Mail on January 11, 2021. On February 12, 2021, Plaintiff filed his notice

23    of appeal, which was processed and forwarded to the Ninth Circuit. (ECF Nos. 25, 26.)

24          On November 29, 2021, Plaintiff filed a request that the Court refund money taken from

25    his trust account for a filing fee in Case No. 1:10-cv-00134-NONE-EPG (PC). (ECF No. 30.)

26    According to Plaintiff, "[t]he only payments should be under case # 1:20-cv-00134-DAD (EP)

27    Rudolph Ellis v. Ralph Diaz and case # 1:21-cv-01539-GSA Rudolph Ellis v. K. Santoro, et al."

28    (*Id.*)

                                                  1

1         Plaintiff attaches a copy of his trust account statement, which lists obligations for the

2    $350.00 filing fees in this case, identified as Case No. "1:20-CV00134NONE-EPG,"[1] and in Case

3    No. 1:21-cv-01539-GSA. (ECF No. 30.) Plaintiff concedes that he owes these filing fees. (*See id.*)

4    Additionally, there is an obligation of $505.00 listed for Case No. "1:20-CV-00134-DAD-EP,"

5    which appears to represent the Ninth Circuit's filing fee for Plaintiff's appeal of this case. (*Id.*)

6    While Plaintiff is proceeding *in forma pauperis*, he is still required to pay the filing fee for any

7    civil actions as well as any appeals from those actions. 28 U.S.C § 1915(b)(1).

8         Accordingly, IT IS HEREBY ORDERED that Plaintiff's request (ECF No. 30) for a

9    refund of his filing fee is DENIED.

10

11   IT IS SO ORDERED.

12     Dated:   **December 2, 2021**          /s/ *Erica P. Grosjean*

13                                           UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
[1] This case was originally designated as NONE and was reassigned to District Judge Drozd for the purpose of closing the case. (ECF No. 21.)

2